Lawrence M. Rosenstock
MARKEWICH AND ROSENSTOCK LLP
18 East 48th Street, Tenth Floor
New York, New York 10017
Tel: (212) 542-3156
Fax: (212) 308-7780
E-Mail: lrosenstock@mrlawllp.com
Attorneys for Creditor Jane Gladstein

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

In Re:

CHRISTOPHER H. MARTORELLA,

                Debtor.

---------------------------------X

**NOTICE OF APPEARANCE**

Chapter 11

Case No.: 11-10493-shl

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Jane Gladstein, a creditor of the debtor, Christopher H. Martorella, pursuant to Bankruptcy Rule 9010(b), appears in the above-captioned matter by her counsel, Markewich and Rosenstock LLP, and demands, pursuant to Section 1109(b) of the Bankruptcy Code and 2002(g) of the Bankruptcy Rules, that all notices and pleadings given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Lawrence M. Rosenstock, Esq.
Markewich and Rosenstock LLP
18 East 48th Street, Tenth Floor
New York, New York 10017
(212) 542-3156
(212) 308-7780 (Fax)
E-mail: lrosenstock@mrlawllp.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FUTHER NOTICE** that Jane Gladstein does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which it has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Jane Gladstein expressly reserves.

Dated: New York, New York
March 15, 2011

**MARKEWICH AND ROSENSTOCK LLP**
*Attorneys for Jane Gladstein*

By: _____
Lawrence M. Rosenstock
8 East 41st Street, Fifth Floor
New York, New York 10017
(212) 542-3156

TO:        Rosen & Associates, P.C.
             Attorney for Debtor
             747 Third Avenue
             New York, NY 10017
             Attn: Nancy Lynne Kourland, Esq.

             Office of the United States Trustee
             33 Whitewall Street, 21st Floor
             New York, New York 10004
             Attn: Paul Kenan Schwartzberg, Esq.