UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re  Christopher H. Martorella

Debtor

Case No. 11-10493 (SHL)

Reporting Period: 02/09/2011-2/28/2011

Federal Tax I.D. # 4986

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Y | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Y | |
|    Copies of bank statements | | | |
| Disbursement journals | MOR-2 (INDV) | Y | |
| Balance Sheet | MOR-3 (INDV) | Y | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Y | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | Y | |
| Debtor Questionnaire | MOR-8 (INDV) | Y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 3/17/11

Signature of Joint Debtor _____  Date _____

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This form must be submitted for each bank account maintained by the Debtor)

Amount reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month, or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - beginning of Month** | 200.00 | 200.00 |
| **RECEIPTS** | | |
| Wages (Net) | 21,655.91 | 21,655.91 |
| Interest and Dividend Income | | - |
| Alimony and Child Support | | - |
| Social Security and Pension Income | | - |
| Sale of Assets | | - |
| Other Income *(attach schedule)* | | - |
| **Total Receipts** | 21,655.91 | 21,655.91 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | - |
| Rental Payments(s) | 15,000.00 | 15,000.00 |
| Other Secured Note Payments | | - |
| Utilities | 233.13 | 233.13 |
| Insurance | 173.75 | 173.75 |
| Lease Payments | 799.20 | 799.20 |
| IRA Contributions | | - |
| Repairs and Maintenance | | - |
| Medical Expenses | 49.13 | 49.13 |
| Food, Clothing, Hygiene | 2,684.73 | 2,684.73 |
| Charitable Contributions | | - |
| Alimony and Child Support | | - |
| Taxes - Real Estate | | - |
| Taxes - Personal Property | | - |
| Taxes - Other *(attach schedule)* | | - |
| Travel and Entertainment | 857.86 | 857.86 |
| Gifts | | - |
| Other *(attach schedule)* | 5,180.00 | 5,180.00 |
| Total ordinary Disbursements | 24,977.80 | 24,977.80 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Expenses** | - | - |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 24,977.80 | 24,977.80 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total disbursements)* | (3,321.89) | (3,321.89) |
| | | |
| **Cash - end of Month** *(Must Equal Reconciled Bank Statement)* | (3,121.89) | (3,121.89) |

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Childcare | 1,750.00 | 1,750.00 |
| Tuition | 2,890.00 | 2,890.00 |
| Parking | 540.00 | 540.00 |
| | | - |
| | | - |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 21,120.96 |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | - |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 21,120.96 |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page
(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll N/A | Tax N/A | Other N/A |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | (3,121.89) | | | |
| | | | | |
| BANK BALANCE | 734.95 | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | (3,856.84) | | | |
| OTHER *(ATTACH EXPLANATION)* | - | | | |
| | | | | |
| **ADJUSTED BANK BALANCE** * | (3,121.89) | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

As of 2/28/2011, checks for the DIP account were unavailable. The debtor's spouse's account was used to facilitate payment of expenses. Monthly bank statements will be provided beginning March 2010 and for all subsequent months.

Reconciling item: Outstanding check consists of February American Express charges of $3,856.84.

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
| **Total Cash Disbursements** | | | |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check# |
|------|-------|---------|--------|--------|
| 2/14/2011 | VERIZON | Telephone New York Apt | 67.34 | XFR |
| 2/22/2011 | NGRID | ELEC1 Massachusetts Home | 6.95 | XFR |
| 2/22/2011 | NGRID | ELEC 2 Massachusetts Home | 67.47 | XFR |
| 2/1/2011 | Tuition Management | School Tuition | 2,890.00 | XFR |
| 2/10/2011 | Citibank | Rent (partial) | 7,500.00 | XFR |
| 2/14/011 | Citibank | Rent (partial) | 7,500.00 | XFR |
| 2/28/2011 | K Pennicott | Childcare | 575.00 | 205 |
| 2/28/2011 | K Pennicott | Childcare | 575.00 | 206 |
| 2/28/2011 | K Pennicott | Childcare | 600.00 | 210 |
| 2/28/2011 | BMW Financial | Auto Lease | 799.20 | XFR |
| 2/28/2011 | ICE House Parking | Parking | 540.00 | XFR |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **Total Bank Account Disbursements** | | | 21,120.96 | |

| **Total Disbursements for the month** | 21,120.96 |
|------|------|

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| 25 West Houston St PHA New York, NY 10012 | 2,000,000.00 | 2,000,000.00 |
| | | |
| Other Property | | |
| *TOTAL REAL PROPERTY ASSETS* | 2,000,000.00 | 2,000,000.00 |
| | | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | (3,121.89) | 200.00 |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods and Furnishings | 10,000.00 | 10,000.00 |
| Books, Pictures, Art | | |
| Wearing Apparel | 500.00 | 500.00 |
| Furs and Jewelry | 4,000.00 | 4,000.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | 36,785.78 | 36,785.78 |
| Stocks | | |
| Partnerships and Joint Ventures | 725,000.00 | 725,000.00 |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A Property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses and Franchises | | |
| Customer Lists | | |
| Autos, Trucks, and Other Vehicles | 7,000.00 | 7,000.00 |
| Boats and Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm supplies | | |
| Other Personal Property *(attach schedule)* | | |
| *TOTAL PERSONAL PROPERTY* | 780,163.89 | 783,485.78 |
| *TOTAL ASSETS* | 2,780,163.89 | 2,783,485.78 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-petition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real estate taxes | | |
| Other Taxes (attach schedule) | | |
| TOTAL TAXES | | |
| Other Post-petition Liabilities (list creditors) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | - | - |

| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
|---|---|---|
| Secured Debt | 2,292,225.38 | 2,292,225.38 |
| Priority Debt | | |
| Unsecured Debt | 62,193,987.36 | 62,193,987.36 |
| TOTAL PRE-PETITION LIABILITIES | 64,486,212.74 | 64,486,212.74 |

| | | |
|---|---|---|
| TOTAL LIABILITIES | 64,486,212.74 | 64,486,212.74 |
| **OWNERS' EQUITY** | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | (61,702,726.96) | (61,702,726.96) |
| Retained Earnings - Post-petition | (3,321.89) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Post-petition Contributions (attach schedule) | | |
| NET OWNERS' EQUITY | (61,706,048.85) | (61,702,726.96) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 2,780,163.89 | 2,783,485.78 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage | | | | | | - |
| Rent | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Real Estate Taxes | | | | | | - |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| February American Express charges | 3,856.84 | | | | | 3,856.84 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| Other Professional Fees | | | | | | - |
| **Total Post-petition Debts** | 3,856.84 | - | - | - | - | 3,856.84 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

American Express charges have been included in disbursements and deducted from cash in the monthly operating report.

The balance due is a reconciling item, and the bill will be paid from the debtor's earnings in the following month.

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL PAYMENTS |  | - |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | Yes | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | NO |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | NO |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | NO |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | NO |
| 6 | Are any post petition State or Federal income taxes past due? | | NO |
| 7 | Are any post petition real estate taxes past due? | | NO |
| 8 | Are any other post petition taxes past due? | | NO |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | NO |
| 10 | Are any amounts owed to post petition creditors delinquent? | | NO |
| 11 | Have any posy petition loans been received by the debtor from any party? | | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | No |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | NO |

As noted on form MOR-1 CONT, the checks for the DIP account were unavailable.  The debtor's spouse's account was used to facilitate payment of expenses.  Monthly bank statements will be provided beginning March 2010 and for all subsequent months.