**TARTER KRINSKY & DROGIN LLP**
*Counsel to Deborah J. Piazza,*
*Chapter 7 Trustee*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re

    Christopher Martorella

                    Debtor.
---------------------------------------------------------X

Chapter 7

Case No. 11-10493 (SHL)

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF TRUSTEE'S INTENDED SALE

      PLEASE TAKE NOTICE that an order for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") was entered against Christopher Martorella (the "Debtor") and that the case is currently pending before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, Manhattan Division, One Bowling Green, New York, NY 10004.

      PLEASE TAKE FURTHER NOTICE that Deborah J. Piazza (the "Trustee") the Chapter 7 Trustee for the Debtor's bankruptcy estate will sell the Debtor's personal property consisting of a 2003 Vacheron Constantin Overseas Chronograph Steel Watch, Model # 49150/B01A-9095 (the "Property") to Mr. Janak Dave (the "Purchaser") for $7,000, subject to higher and better offers, to be submitted no later than February 26, 2014.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Section 363 (b) and (f) of the Bankruptcy Code, Rule 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 6004-1, the Property will be sold free and clear of any liens, claims and encumbrances, with any such liens, claims and encumbrances to attach to the net proceeds of the sale, after deduction of any expenses associated with the sale of the Property.

      PLEASE TAKE FURTHER NOTICE that objections to the Trustee's intended sale of the Property, if any, must be in writing, conform with the Bankruptcy Code and Bankruptcy Rules, state with particularity the grounds therefor and be filed with the court, with a courtesy copy to the chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, and served upon, so as to be received by, Tarter Krinsky & Drogin LLP, the attorneys for the Trustee, Attn. Rocco Cavaliere, Esq., no later than February 19, 2014 as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 473), which may be accessed through the internet at the bankruptcy Court's website at www.nysb.uscourts.gov; and (ii) in portable document format (PDF); or (b) if a party is unavailable to file electronically, such party

shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

PLEASE TAKE FURTHER NOTICE that in the event objections to the Trustee's intended sale of the Property are filed with the Court and served upon the Trustee, there will be a hearing scheduled and held before Honorable Sean H. Lane, United States Bankruptcy Judge, to consider any such objections, notice of which will be given to all known creditors and parties in interest by the Trustee. If no objections are filed, the sale will go forward and no hearing will be held.

Dated: New York, New York
February 5, 2014

**TARTER KRINSKY & DROGIN LLP**
*Counsel to Deborah J. Piazza*
*Chapter 7 Trustee*

By:   /s/ Rocco A. Cavaliere
Rocco A Cavaliere, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000